UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6-5-2023
```

-----------------------------------x
CERVECERÍA MODELO DE MÉXICO,
S. DE R.L. DE C.V.,

                Plaintiff,

v.

CB BRAND STRATEGIES, LLC,
CROWN IMPORTS LLC, and
COMPAÑÍA CERVECERA DE
COAHUILA, S. DE R.L. DE C.V.,

                Defendants.
-----------------------------------x

No. 1:21-CV-07316-LAK

## JOINT STATUS REPORT AND [PROPOSED] ORDER SETTING STATUS CONFERENCE

**WHEREAS**, on May 11, 2023, the Court entered an order temporarily extending the stay of this action while the parties pursue good faith settlement discussions using the services of a private mediator (*see* ECF No. 58) (the "Stay Order");

**WHEREAS**, the Stay Order provides that, in the event the parties are unsuccessful at resolving the entirety of this action, the parties shall request a conference with the Court to set a schedule governing the issues that remain to be adjudicated;

**WHEREAS**, despite good faith efforts, the parties have so far been unable to fully and finally resolve this action through mediation;

**IT IS HEREBY STIPULATED AND AGREED**, by and among counsel for the parties, that, subject to this Court's approval:

    1.    If the parties are unable to finally resolve this action by then, the parties shall appear for a status conference with the Court on July 28, 2023, or a date that is convenient

for the Court and parties thereafter, to discuss setting an appropriate schedule for the issues that remain to be adjudicated.

       2.    All proceedings in this action shall continue to be temporarily stayed until the Court enters a revised scheduling order.

Dated: June 1, 2023

*/s/ Michael H. Steinberg*
Michael H. Steinberg (*pro hac vice*)
Adam S. Paris
Zachary A. Sarnoff (*pro hac vice*)

SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone: (310) 712-6670
Facsimile: (310) 712-8870
steinbergm@sullcrom.com
parisa@sullcrom.com
sarnoffz@sullcrom.com

*Counsel for Plaintiff Cervecería Modelo de México, S. de R.L. de C.V.*

*/s/ Sandra C. Goldstein*
Sandra C. Goldstein, P.C.
Stefan Atkinson, P.C.
Daniel R. Cellucci
Amal El Bakhar

KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: +1 212 446 4800
Facsimile: +1 212 446 4900
sandra.goldstein@kirkland.com
stefan.atkinson@kirkland.com
dan.cellucci@kirkland.com
amal.elbakhar@kirkland.com

*Counsel for Defendants
CB Brand Strategies, LLC, Crown Imports LLC and Compañía Cervecera de Coahuila, S. de R.L de C.V.*

IT IS SO ORDERED:

Dated: 6/5/2023

/s/ Lewis A. Kaplan
The Honorable Lewis A. Kaplan
UNITED STATES DISTRICT JUDGE