UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x
CERVECERÍA MODELO DE MÉXICO,
S. DE R.L. DE C.V.,

                Plaintiff,

       v.

CB BRAND STRATEGIES, LLC,
CROWN IMPORTS LLC, and
COMPAÑÍA CERVECERA DE
COAHUILA, S. DE R.L. DE C.V.,

                Defendants.
------------------------------- x

No. 1:21-CV-07316-LAK

**NOTICE OF SUBMISSION OF ACCEPTED RULE 68 OFFER OF JUDGMENT
AND REQUEST FOR ENTRY OF FINAL JUDGMENT**

    Plaintiff Cervecería Modelo de México, S. de R.L. de C.V hereby submits the attached Offer of Judgment Pursuant to Rule 68 of the Federal Rules of Civil Procedure, which Plaintiff accepted September 7, 2023, as Exhibit A, and requests the Court enter Final Judgment thereon.

    A form of [Proposed] Final Judgment of Injunction is being submitted simultaneously for the Court's consideration.

Dated:  September 7, 2023

Respectfully submitted,

*/s/ Michael H. Steinberg*

Michael H. Steinberg (*pro hac vice*)
Adam S. Paris
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, California 90067
Telephone: (310) 712-6670
Facsimile: (310) 712-8870
steinbergm@sullcrom.com
parisa@sullcrom.com

*Counsel for Plaintiff Cervecería Modelo de México, S. de R.L. de C.V.*

**CERTIFICATE OF SERVICE**

I certify that on September 7, 2023, I filed the foregoing document with the Clerk of the Court for the United States District Court, Southern District of New York, by using the Court's CM/ECF system, and served counsel of record via this Court's CM/ECF system.

Michael H. Steinberg
E-mail: steinbergm@sullcrom.com